■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONOVAN BROWN, Appellant. [604 NYS2d 777] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Miller, J.), rendered May 27, 1992, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

RAYNARD BROWN, Appellant. [604 NYS2d 778] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered March 15, 1991, convicting him of robbery in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution, we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (see, People v Contes, 60 NY2d 620). Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (see, People v Gaimari, 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (see, People v Garafolo, 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's sentence was not excessive (see, People v Suitte, 90 AD2d 80). Bracken, J. P., Sullivan, Eiber and Pizzuto, JJ., concur.